# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2011

143440

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                      SC: 143440
                                      COA: 296889
                                      Cass CC: 09-010230-FH

JERRY BERNARD MATTHEWS, JR.,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the June 23, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Likine* (Docket No. 141154), *People v Parks* (Docket No. 141181), and *People v Harris* (Docket No. 141513) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

_____
Clerk

p1116